IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-cr-30056-SMY |
| | ) |
| ANTOINE L. EWING, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Defendant Antoine L. Ewing was sentenced on November 15, 2016 to 151 months imprisonment for distribution of cocaine base (Count 1) (Docs. 28, 31). Ewing moved for compassionate release pursuant to the First Step Act of 2018 due to the COVID-19 global pandemic (Doc. 37). On February 9, 2021, the undersigned denied Ewing's motion, finding no compelling circumstances justifying his release (Doc. 51).

Now pending before the Court is Ewing's *pro se* Motion for Compassionate Release and Motion to Appoint Counsel (Doc. 52), which the Court construes as a Motion to Reconsider. Ewing asserts that he is at increased risk of developing COVID-19 due to his obesity and sleep apnea. Having previously contracted COVID-19 and recovered, Ewing also fears being reinfected by the virus.

The Court finds no basis to reconsider its previous ruling. Ewing merely rehashes arguments previously made and rejected by the Court. While it is possible for Ewing to be re-infected, he has presented no reliable evidence from which the Court could conclude that he would likely suffer severe illness should that occur. Additionally, as undersigned previously noted, the

28 U.S.C. § 3553(a) sentencing factors militate against granting Ewing compassionate release. Defendant's Motion to Reconsider (Doc. 52) is therefore **DENIED** in its entirety.

    **IT IS SO ORDERED.**

    **DATED:  August 19, 2021**

    **STACI M. YANDLE**
    **United States District Judge**