IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-cr-30056-SMY |
| | ) |
| ANTOINE L. EWING, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Pending before the Court is Defendant Antoine L. Ewing's motion for order regarding residential re-entry center and/or home confinement placement pursuant to the Second Chance Act, 18 U.S.C. § 3624(c) (Doc. 54). Ewing is currently housed at Lexington FMC and has an anticipated release date of January 18, 2026. *See* Federal Bureau of Prisons Inmate Locator, https://www.bop.gov/inmateloc/ (last visited April 5, 2023). He asks the Court to recommend his placement in a halfway house.

"The Bureau of Prisons shall designate the place of the prisoner's imprisonment." 18 U.S.C. § 3621(b). "[T]o the extent practicable," the Bureau of Prisons shall "ensure a prisoner spends the final months of that term (not to exceed 12 months), under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the reentry of that prisoner into the community. Such conditions may include a community correctional facility." 18 U.S.C. § 3624(c).

Here, Ewing's request is premature as he will not be eligible for a re-entry placement until 2025. Accordingly, the motion is **DENIED**.

**IT IS SO ORDERED.**

**DATED: April 6, 2023**

STACI M. YANDLE
United States District Judge